**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:14-cv-9981 |
|---|---|

In the Matter of
First Merit Bank, N.A.
v.
Chicago Title Land Trust Company, Akhtar Ali, Shakeel Chaughtai, Atlas Khan, City of Chicago Heights, North Star Trust Company, Trust Number 1157

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant Akhtar Ali

| NAME (Type or print) |
|---|
| Edward Grossman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward Grossman |
| FIRM |
| The Chicago Legal Clinic, Inc. |
| STREET ADDRESS |
| 2938 E. 91st Street |
| CITY/STATE/ZIP |
| Chicago, Illinois, 60617 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180878 | 773-731-1762 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐