**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

First Merit Bank, N.A.
                                                    Plaintiff,

v.                                                  Case No.: 1:14−cv−09981
                                                    Honorable Elaine E. Bucklo

Chicago Title Land Trust Company, et al.
                                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 17, 2015:

    MINUTE entry before the Honorable Elaine E. Bucklo: Agreed Motion to voluntarily dismiss complaint [13] is granted. The Court appointed Receiver is discharged. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.